IN THE IOWA DISTRICT COURT IN AND FOR LUCAS COUNTY

| | |
|---|---|
| CITY OF CHARITON, IOWA,<br><br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>SECRETARY OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>　　　　Respondent. | Equity No. _____<br><br><br>**ORIGINAL NOTICE** |

**TO THE RESPONDENT, UNITED STATES OF AMERICA:**

　　　You are hereby notified that there is now on file in the Office of the Clerk of the above Court, a Petition (*Notice of Lis Pendens*) in the above-entitled action, a copy of which is attached hereto.  Said Petition prays for a determination of property located at 427 Osage Avenue, Chariton, Lucas County, Iowa, to be abandoned, vacant and dilapidated and that title of the property be granted to the City of Chariton, Iowa.  The Petitioner's attorney is Verle W. Norris whose address is 300 West Marion, P. O. Box 256, Corydon, Iowa 50060.

　　　You are further notified that unless, within 60 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file, a written special appearance, motion or answer, in the Iowa District Court in and for Lucas County, Chariton, Iowa, judgment by default will be rendered against you for the relief demanded in the Petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your District ADA Coordinator at (515)286-3394.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

**IMPORTANT**

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTEREST.

# Iowa Judicial Branch

Case No. **EQCV033684**
County **Lucas**

Case Title  CITY OF CHARITON V. USA, SECRETARY OF HOUSING &

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **07/31/2023 03:20:29 PM**



District Clerk of Court or/by Clerk's Designee of  Lucas         County
/s/ Jennifer Brown

IN THE IOWA DISTRICT COURT IN AND FOR LUCAS COUNTY

| | |
|---|---|
| CITY OF CHARITON, IOWA,<br><br>   Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>SECRETARY OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>   Respondent. | Equity No. _____<br><br><br>**PETITION**<br>*(NOTICE OF LIS PENDENS)* |

  **COMES NOW**, Petitioner, City of Chariton, Iowa, and for its cause of action against Respondent does hereby state to the Court as follows:

  1. That the City of Chariton, Iowa, is a municipality located in Lucas County, Iowa.

  2. That the property which is the subject matter of this suit is 427 Osage Avenue, Chariton, Lucas County, Iowa 50049, described as follows, to-wit:

> A tract of land described as commencing at a point 150 feet East and 25 feet North of the Northwest corner of Lot Six (6) in the Northeast Quarter of the Southwest Quarter (NE¼ SW¼) of Section Twenty (20), Township Seventy-two (72) North, Range Twenty-one (21) West of the 5th P.M. in Lucas County, Iowa, running thence North 80 feet, thence East to the right of way of the St. Paul and Kansas City Short Line Railroad, thence Southwesterly along the West line of the said right of way to a point directly East of the place of beginning, thence West to the place of beginning; AND
>
> Commencing at a point 175 feet East of the Northwest corner of Lot Six (6) in the Northeast Quarter of the Southwest Quarter (NE¼ SW¼) of Section Twenty (20), Township Seventy-two (72)

North, Range Twenty-one (21) West of the 5th P.M. in Lucas County, Iowa, running thence North 25 feet, thence East to the Right of Way of the St. Paul and Kansas City Short Line Railroad, thence Southwesterly along the West line of the said Right of Way to the North line of Lot Six (6) in the Northeast Quarter of the Southwest Quarter (NE¼ SW¼) of Section Twenty (20), Township Seventy-two (72) North, Range Twenty-one (21) West of the 5th P.M. in Lucas County, Iowa, thence West of the place of beginning; AND

The North 25 feet of Lot Six (6) in the Northeast Quarter of the Southwest Quarter (NE¼ SW¼) lying West of the St. Paul and Kansas City Short Line Railroad Company Right of Way, except the West 175 feet thereof, in Section Twenty (20), Township Seventy-two (72) North, Range Twenty-one (21) West of the 5th P.M. in Lucas County, Iowa.

3. That the building located on the property is uninhabitable by virtue of its nuisance condition.

4. That there is situated on said property a building which is abandoned, vacant and dilapidated, within the meaning of Iowa Code §657A.10B(3).

5. That said property constitutes a nuisance pursuant to Chariton Municipal Code due to the fact that it contains a structure which is unsafe, and in such a neglected and dilapidated condition so as to endanger persons approaching or entering the same; to attract or harbor animals, pests; and to be generally offensive to the surrounding property owners, which has not been abated.

6. That the United States of American, Secretary of Housing and Urban Development is the title holder of record to

the subject property by virtue of an assignment of mortgage dated October 10, 2019, and filed for record October 10, 2019, as Instrument No. 2019-1274 in the office of the Lucas County, Iowa, Recorder, and by virtue of an Order for Abandonment entered June 14, 2021, in Lucas County Probate No. ESPR021359 transferring title to said real property.

**WHEREFORE**, Petitioner prays that the Court determine that the property is an abandoned, vacant and dilapidated building within the meaning of Iowa Code §657A.10B, and that the Court enter judgment against the Respondent granting title of the property to the City of Chariton, Iowa, free and clear of all claims, liens or encumbrances pursuant to Iowa Code §657A.10B(5), and for such other and further relief as the Court deems just and equitable in the premises.

CITY OF CHARITON, IOWA

/s/ Verle W. Norris
Verle W. Norris, AT0005910
300 West Marion
P.O. Box 256
Corydon, Iowa 50060
Telephone No. (641)872-1363
Facsimile No. (641)872-2468
**ATTORNEY FOR PETITIONER,
CITY OF CHARITON, IOWA**

VERIFICATION

STATE OF IOWA      )
                   ) SS
COUNTY OF LUCAS    )

I, Shawn Werts, being first duly sworn on oath, do hereby depose and state that I am the Code Compliance Officer of the City of Chariton, Iowa, and that I am making this Verification on behalf of the City of Chariton, Iowa, for the foregoing Petition. I hereby verify that the property identified in the Petition contains an abandoned building and further state that I have read the contents of the foregoing Petition and the statements and allegations therein made and contained are true and correct as I verily believe.

Shawn Werts,
Code Compliance Officer
City of Chariton, Iowa

Subscribed and sworn to before me by Shawn Werts, as Code Compliance Officer of the City of Chariton, Iowa, on this 25th day of July, 2023.

CHRISTY METZGER
Commission Number 741409
My Commission Expires
June 23, 2024

NOTARY PUBLIC IN AND
FOR THE STATE OF IOWA

4

IN THE IOWA DISTRICT COURT
IN AND FOR LUCAS COUNTY

| | |
|---|---|
| CITY OF CHARITON, IOWA, | )<br>) Equity No. EQCV033684 |
| Plaintiff, | )<br>) |
| v. | )<br>) ACCEPTANCE OF SERVICE |
| UNITED STATES OF AMERICA,<br>SECRETARY OF HOUSING AND URBAN<br>DEVELOPMENT, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

COMES NOW the undersigned on behalf of the United States Attorney, and pursuant to 28 U.S.C. § 2410(b) hereby accepts service of the Original Notice and Petition (Notice of Lis Pendens) in the above-captioned cause, and acknowledges the receipt of the same on the 4th day of August, 2023.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By:
  */s/ Amy C. Licht*
  Amy C. Licht, AT0010347
  Assistant United States Attorney
  U.S. Courthouse Annex, Suite 286
  110 E. Court Avenue
  Des Moines, Iowa 50309
  Tel: (515) 473-9315
  Fax: (515) 473-9282
  Email: usaias.nefiadc.usdoj.gov

IN THE IOWA DISTRICT COURT IN AND FOR LUCAS COUNTY

| | |
|---|---|
| CITY OF CHARITON, IOWA,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, SECRETARY OF HOUSING AND URBAN DEVELOPMENT,<br><br>  Respondent. | Equity No. EQCV033684<br><br>**AFFIDAVIT OF MAILING NOTICE** |

**COMES NOW** the undersigned, being first duly sworn and states that on the 25TH day of October, 2023, she personally mailed to Defendant, United States of America, Secretary of Housing and Urban Development, c/o Ms. Amy C. Licht, Assistant United States Attorney, named in the above captioned matter the Notice of Intent to File Written Application for Default (a true copy of said notice is attached hereto and made a part hereof) by ordinary mail and by certified mail, to said person's address of service, that being, U.S. Courthouse Annex, Suite 286, 110 E. Court Avenue, Des Moines, Iowa 50309, such notices being mailed in a sealed envelope with proper postage thereon, by deposit of the same on said date in the United States Post mail receptacle in Corydon, Iowa.

_____
Angela Meyer

Subscribed and sworn to before me this 25th day of October, 2023.



_____
NOTARY PUBLIC IN AND
FOR THE STATE OF IOWA

Exhibit A
Page 9 of 15

IN THE IOWA DISTRICT COURT IN AND FOR LUCAS COUNTY

| | |
|---|---|
| CITY OF CHARITON, IOWA,<br><br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, SECRETARY OF HOUSING AND URBAN DEVELOPMENT,<br><br>      Respondent. | Equity No. EQCV033684<br><br>**NOTICE OF INTENT TO FILE WRITTEN APPLICATION FOR DEFAULT** |

TO:  Ms. Amy Licht
      Assistant US Attorney
      U.S. Courthouse Annex, Suite 286
      110 E. Court Avenue
      Des Moines, Iowa 50309

      Date of Notice – October 25, 2023

### IMPORTANT NOTICE

YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO TAKE ACTION REQUIRED OF YOU IN THIS CASE. UNLESS YOU ACT WITHIN TEN (10) DAYS FROM THE DATE OF THIS NOTICE, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS. YOU SHOULD SEEK LEGAL ADVICE AT ONCE.

*/s/ Verle W. Norris*
Verle W. Norris, AT0005910
300 West Marion
P. O. Box 256
Corydon, Iowa 50060
Telephone 641-872-1363
Facsimile 641-872-2468
**ATTORNEY FOR PLAINTIFF**

IN THE IOWA DISTRICT COURT
IN AND FOR LUCAS COUNTY

| | |
|---|---|
| CITY OF CHARITON, IOWA, ) | |
| ) | Equity No. EQCV033684 |
| Plaintiff, ) | |
| ) | |
| v. ) | UNITED STATES' MOTION FOR |
| ) | EXTENSION OF TIME TO FILE |
| UNITED STATE OF AMERICA, ) | ANSWER |
| SECRETARY OF HOUSING AND ) | |
| URBAN DEVELOPMENT ) | |
| ) | |
| Defendants. ) | |

COMES NOW the United States of America, for its agency, the Department of Housing and Urban Development (HUD) by Amy C. Licht, Assistant United States Attorney for the Southern District of Iowa, and respectfully requests an extension of time within which to move or plead and pursuant to Iowa Rule of Civil Procedure 1.441(6) states:

1. The Petition in this matter was filed on July 31, 2023.

2. An Answer to the Petition was due on October 3, 2023.

3. On October 25, 2023, Plaintiff filed a Notice of Intent to File Written Application for Default and an Affidavit of Mailing Notice directed to the undersigned.

4. Additional time is required to respond to Plaintiff's Petition due to a delay in receiving materials from HUD regarding the agency's interest in the property at issue in this matter. The undersigned is actively engaged in obtaining the needed information from HUD.

5. No previous motions for an extension have been filed.

6. There are no other court-imposed deadlines.

7. An extension of time will not impose a hardship on the parties.

1

8. Counsel for the City of Chariton does not oppose the requested deadline extension.

WHEREFORE, the Defendant respectfully prays that the Court grant an extension of time to and including November 17, 2023, to respond to Plaintiff's Petition.

    Respectfully submitted,

    Richard D. Westphal
    United States Attorney

By:
    */s/ Amy C. Licht*
    Amy C. Licht,   AT0010347
    Assistant United States Attorney
    U.S. Courthouse Annex, Suite 286
    110 E. Court Avenue
    Des Moines, Iowa 50309
    Tel: (515) 473-9315
    Fax: (515) 473-9282
    Email:  usaias.nefiadc.usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2023, I electronically filed the foregoing with the Iowa District Court, Lucas County Clerk of Court using the Electronic Document Management System, and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Verle Norris

    */s/Amy C. Licht*
    Amy C. Licht
    Assistant U.S. Attorney

IN THE IOWA DISTRICT COURT
IN AND FOR LUCAS COUNTY

| | |
|---|---|
| CITY OF CHARITON, IOWA, | ) |
| | ) Equity No. EQCV033684 |
| Plaintiff, | ) |
| | ) |
| v. | ) APPEARANCE |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| SECRETARY OF HOUSING AND URBAN | ) |
| DEVELOPMENT, | ) |
| | ) |
| Defendants. | ) |

COMES NOW Amy C. Licht, Assistant United States Attorney, and hereby enters her Appearance on behalf of the United States of America in the above-captioned action.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Amy C. Licht*
Amy C. Licht            AT0010347
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Telephone: (515) 473-9309
Facsimile: (515) 473-9282
Email: usaias.nefiadc@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2023, I electronically filed the foregoing with the Iowa District Court, Lucas County Clerk of Court using the Electronic Document Management System, and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Verle Norris

*/s/ Amy C. Licht*
Amy C. Licht
Assistant U.S. Attorney

## IOWA DISTRICT COURT IN AND FOR LUCAS COUNTY

| | |
|---|---|
| CITY OF CHARITON, IOWA<br>    Plaintiff,<br><br>vs.<br><br>USA, SECRETARY OF HOUSING & URBAN DEVELOPMENT<br>    Defendant. | 05591  EQCV033684<br><br>ORDER |

For good cause shown, and being unresisted, Defendant United States of America's Motion for Extension of Time to File Answer is granted.

IT IS THEREFORE ORDERED that the United States of America, for its agency, the Department of Housing and Urban Development (HUD) shall have to and including November 17, 2023 to respond to Plaintiff's Petition.

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

5RCV01



State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| EQCV033684 | CITY OF CHARITON V. USA, SECRETARY OF HOUSING & OTHER ORDER |
| **Type:** | |

So Ordered

*/s/ Dustria G. Relph*

Dustria A. Relph, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2023-11-01 14:06:59